IN THE SUPREME COURT OF THE STATE OF NEVADA

PYROTEK SPECIAL EFFECTS MEMPHIS, INC., A FOREIGN CORPORATION; AND PYROTEK SPECIAL EFFECTS LAS VEGAS, INC., A NEVADA CORPORATION,
Appellants,
vs.
BRUCE BAUM, AN INDIVIDUAL,
Respondent,

No. 80056

FILED

JUN 2 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal.[1] The stipulation is approved to the following extent. This appeal is dismissed.

It is so ORDERED.

_Pickering_ , C.J.

cc: Hon. Jerry A. Wiese, District Judge
Charles K. Hauser, Settlement Judge
Foley & Lardner, LLP/Chicago
Greenberg Traurig, LLP/Las Vegas
Clark Hill PLLC
Eighth District Court Clerk

---

[1]The parties also agree to dismiss a cross-appeal. However, there is currently no cross-appeal in this matter as the appeal of Bruce Baum was previously dismissed.

20-24022